```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4000 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
               IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                     EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,   )    1: 95 MJ 2356
                                )
10            Plaintiff,        )
                                )    MOTION AND ORDER FOR DISMISSAL
11      v.                      )    OF COMPLAINT
                                )
12  IGNACIO TORO,               )
                                )
13            Defendant.        )
    _____)
14
15
         Pursuant to Rule 48(a) of the Federal Rules of Criminal
16
    Procedure, the United States Attorney's Office hereby moves to
17
    dismiss the Complaint for Unlawful Flight to Avoid Prosecution
18
    herein against, in that defendant has been apprehended.
19
    DATED: March 23, 2007              Respectfully submitted,
20
                                       McGREGOR W. SCOTT
21                                     United States Attorney

22                                     By   /s/
                                          KEVIN P. ROONEY
23                                     Assistant U.S. Attorney

24
         IT IS HEREBY ORDERED that the Complaint in the above-entitled
25  case be dismissed and that the warrant issued be recalled.

26  DATED: March 23, 2007              /s/ Dennis L. Beck
                                       DENNIS L. BECK
27                                     U.S. Magistrate Judge

28

                                  1
```